COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:      Charles Jia Zhuang v. Rachel Zhang

Appellate case number:   01-17-00518-CV

Trial court case number:  D-1-FM-16-006502

Trial court:            126th District Court of Travis County

On December 27, 2018, appellee, Rachel Zhang, filed a pro se "Unopposed Motion to Seal Court Records," noting that this Court's mandate issued on August 17, 2018. Appellee requests that this Court permanently seal the clerk's and reporter's records to protect appellee's safety and privacy and that, because this case arises under the Texas Family Code, it is not subject to the sealing procedures required under Rule 76a of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 76a(2)(a)(3).

This Court's plenary power expired 30 days after it overruled appellant's motion for rehearing on February 13, 2018. *See* TEX. R. APP. P. 19.1(b). After the expiration of its plenary power, this Court cannot vacate or modify its judgment and Rule 19.3 limits this Court to items such as correcting clerical errors in its judgment/opinion. *See* TEX. R. APP. P. 19.3(a)-(d). Because appellee's motion to seal does not fall under one of the permitted post-plenary power items under Rule 19.3, it must be dismissed. The Court notes that, while public access to certain filings and orders/opinions is available through its public website, the clerk's and reporter's records are not available online to the general public, outside of the attorneys of record to this case.

Accordingly, appellee's motion is **dismissed** for lack of jurisdiction.

Judge's signature: ____/s/ Laura C. Higley_____

                  x  Acting individually ☐ Acting for the Panel

Date: ____January 24, 2019_____